# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| AMERANTH, INC. | § | |
| | § | |
| vs. | § | CASE NO. 2:07-CV-271-TJW-CE |
| | § | |
| MENUSOFT SYSTEMS CORPORATION | § | |
| AND CASH REGISTER SALES & | § | |
| SERVICE OF HOUSTON, INC. | § | |

## ORDER

The court, *sua sponte*, orders the plaintiff Ameranth, Inc. to reduce the number of asserted patent claims to seven or fewer. No later than Friday, August 27, 2010 at 12:00 p.m., Ameranth shall file a notice that indicates which patent claims it will assert at trial.

SIGNED this 23rd day of August, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE