IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AMERANTH, INC., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> MENUSOFT SYSTEMS CORPORATION § <br> and CASH REGISTER SALES & SERVICE § <br> OF HOUSTON, INC. (dba CRS TEXAS) § <br> § <br> Defendants. § <br> § | Civil Action No. 2:07-cv-271-RSP |

**CONSENT JUDGMENT
OF DISMISSAL WITH PREJUDICE**

Plaintiff/Counterclaim Defendant Ameranth, Inc. ("Ameranth") and Defendants/Counterclaim Plaintiffs Menusoft Systems Corp. ("Menusoft") and Cash Register Sales & Service of Houston, Inc. ("CRS"), having amicably resolved their differences by entering into a confidential License Agreement, by their respective attorneys, consent to the entry of this Stipulation and Consent Judgment of Dismissal With Prejudice in the captioned civil action. It is hereby ORDERED, ADJUDGED, and DECREED:

1. This Court has jurisdiction of the parties and subject matter of this lawsuit.

2. All claims and counterclaims in this action between Ameranth, Menusoft and CRS are dismissed with prejudice.

3. Each of the parties shall bear its own costs, disbursements and attorneys' fees in this action.

**SIGNED this 16th day of February, 2012.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE